IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:11CR89 |
| | ) | |
| ANTOINETTE ASHBY | ) | |

## MOTION

The United States of America, by its attorneys, Neil H. MacBride, United States Attorney

for the Eastern District of Virginia, and Eric M. Hurt, Assistant United States Attorney, moves this

Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level

for acceptance of responsibility.  The government states that the defendant has assisted authorities

in the investigation and prosecution of his own misconduct by timely notifying the United States of

the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid

preparing for trial and permitting the United States and the court to allocate their resources

efficiently.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY


By: _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

<u>Certificate of Service</u>

I certify that on July 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

**William J. Holmes**
6064 Indian River Road
Suite 203
Virginia Beach, VA 23464
(757) 420-9321
Fax: 757-420-4169
Email: WJHLAW@cox.net
*Attorney for Antoinette Ashby*


By: _____/s/_____
        Eric M. Hurt
        Assistant United States Attorney
        Virginia State Bar No.35765
        Attorney for the United States
        United States Attorney's Office
        Fountain Plaza Three, Suite 300
        721 Lake Front Commons
        Newport News, Virginia 23606
        (757) 591-4000 Office
        (757) 591-0866 Fax
        eric.hurt@usdoj.gov